# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

## CRIMINAL CASE NUMBER: 5:19CR-00012-TBR-1

UNITED STATES OF AMERICA                            PLAINTIFF

VS.

STEPHEN P. MADDUX                                 DEFENDANT

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable H. Brent Brennenstuhl, United States Magistrate Judge and was called in open Court on February 26, 2019, for the purpose of conducting a detention hearing in Paducah, Kentucky.

The defendant, Stephen P. Maddux, was present, in custody, and represented by the Honorable Emily Ward Roark. Present and representing the United States was Leigh Ann Dycus, Assistant United States Attorney. The proceedings in this case were transcribed by Terri Turner, Official Court Reporter.

During the scheduled hearing, counsel for the defendant and counsel for the United States questioned the defendant's witnesses: (1) Covey France, defendant's employer; (2) Betty Robinson, defendant's aunt; (3) Amanda Henry, United States Probation Officer; and (4) John Phillip Maddux, defendant's father. Counsel for both parties proffered additional evidence stemming from the Pre-Trial Service Report.

The Court having heard evidence presented by both parties and for reasons stated on the record, the Court found a set of conditions of release to exist which will assure the defendant's appearance in Court and the safety of the community.

**IT IS HEREBY ORDERED** the defendant remain in custody of the United States Marshal until the United States Probation Office receives the Location Monitoring System. Upon receipt of the system, the United States Probation Office shall notify the United States Marshal's Office that the Location Monitoring System is ready to be installed and the defendant can be released from custody. The defendant shall be **released** from the Crittenden County Jail**, during normal business hours,** on a **$50,000 Unsecured Appearance Bond** with an **Order Setting Conditions of Release.** The defendant shall appear at all proceedings as directed.

February 27, 2019

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**